IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:** Griggs, Camellia | Case Number: 04 B 20894 |
| | Judge: Hollis, Pamela S |
| Printed: 12/28/07 | Filed: 5/28/04 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:   Completed: December 6, 2007
Confirmed: July 26, 2004

## SUMMARY OF RECEIPTS & DISBURSEMENTS

| | Receipts | Disbursements |
|---|---:|---:|
| | 8,126.62 | |
| Secured: | | 3,611.18 |
| Unsecured: | | 1,252.97 |
| Priority: | | 0.00 |
| Administrative: | | 2,405.20 |
| Trustee Fee: | | 390.60 |
| Other Funds: | | 466.67 |
| Totals: | 8,126.62 | 8,126.62 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---:|---:|
| 1. | Robert J Semrad & Associates | Administrative | 2,405.20 | 2,405.20 |
| 2. | Sterling Inc | Secured | 0.00 | 0.00 |
| 3. | Drive Financial Services | Secured | 3,611.18 | 3,611.18 |
| 4. | Drive Financial Services | Unsecured | 488.33 | 488.33 |
| 5. | Sterling Inc | Unsecured | 14.89 | 14.91 |
| 6. | City Of Chicago Dept Of Revenue | Unsecured | 100.00 | 100.00 |
| 7. | CFC Financial Corp | Unsecured | 19.55 | 19.55 |
| 8. | Peoples Energy Corp | Unsecured | 14.44 | 14.44 |
| 9. | American Service Insurance Co | Unsecured | 72.50 | 72.50 |
| 10. | City Of Kankakee | Unsecured | 197.20 | 182.17 |
| 11. | Federated Financial Corporation | Unsecured | 361.07 | 361.07 |
| 12. | Emergency Service | Unsecured | | No Claim Filed |
| 13. | City Of Chicago Dept Of Revenue | Unsecured | | No Claim Filed |
| 14. | Household Card Services | Unsecured | | No Claim Filed |
| 15. | Harvard Collection Services In | Unsecured | | No Claim Filed |
| 16. | Illinois Dept Of Employment Sec | Unsecured | | No Claim Filed |
| 17. | Provena Saint Mary's Hospital | Unsecured | | No Claim Filed |
| 18. | RPM Inc | Unsecured | | No Claim Filed |
| 19. | Riverside Hospital | Unsecured | | No Claim Filed |
| | | | _____ | _____ |
| | | | $ 7,284.36 | $ 7,269.35 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---:|---:|
| 4% | 22.74 |
| 6.5% | 99.99 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Griggs, Camellia

Printed: 12/28/07

Case Number: 04 B 20894
Judge: Hollis, Pamela S
Filed: 5/28/04

|  |  |
|---|---|
| 3% | 16.60 |
| 5.5% | 101.39 |
| 5% | 32.25 |
| 4.8% | 52.00 |
| 5.4% | 65.63 |
|  | _____ |
|  | $ 390.60 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

